UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOSE C. RODARTE,<br><br>        Plaintiff,<br><br>    v.<br><br>FCI LENDER SERVICES, INC.; DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A.; and DOES 1 to 50, inclusive,<br><br>        Defendants. | Case No. CV09-00806 R (RCx)<br><br>**ORDER RE: ATTORNEYS' FEES FOR DEFENDANTS U.S. BANK NATIONAL ASSOCIATION, SUCCESSOR IN INTEREST TO THE FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A. AND FCI LENDER SERVICES, INC.**<br><br>Hearing date:  March 30, 2009<br>Time:           10:00 a.m.<br>Courtroom:      8<br><br>Assigned to: Hon. Manuel L. Real<br><br>[Complaint Filed:  December 31, 2008] |

Defendants' U.S. Bank National Association, Successor In Interest To The Federal Deposit Insurance Corporation As Receiver For Downey Savings And Loan Association, F.A. and FCI Lender Services, Inc. (collectively, "Defendants'") Motion to Dismiss came on regularly for hearing on March 30, 2009 at 10:00 a.m. in Courtroom 8 of the United States Courthouse, Spring Street Courthouse, located at 312 N. Spring Street, Los Angeles, California 90012.  Defendants appeared through its counsel, Angela J. Clifford, Esq.  Plaintiff and his counsel did not appear.

After considering Defendants' Motion and Supporting Declaration, the Court orders as follows:

**IT IS ORDERED** that MW Roth PLC and/or Mitchell Roth, jointly and severally shall pay all of the costs and attorneys' fees incurred by Defendants in defending this frivolous action in the amount of $11,915.68.

Dated: <u>May 4, 2009</u>

THE HONORABLE MANUEL L. REAL

Submitted by:

By: <u>       /s/ Angela Clifford       </u>
    DANA J. DUNWOODY
    JOHN C. DINEEN
    ANGELA J. CLIFFORD

Attorneys for Defendants
U.S. BANK NATIONAL ASSOCIATION, SUCCESSOR IN INTEREST TO THE FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A.; AND FCI LENDER SERVICES, INC.

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles; I am over the age of eighteen years and not a party to the within entitled action; my business address is 333 South Hope Street, 48th Floor, Los Angeles, California 90071-1448.

On **May 4, 2009**, I served the following document(s) described as

**[PROPOSED] ORDER RE ATTORNEYS' FEES FOR DEFENDANTS U.S. BANK NATIONAL ASSOCIATION, SUCCESSOR IN INTEREST TO THE FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A. AND FCI LENDER SERVICES, INC.**

on the interested party(ies) in this action by placing true copies thereof enclosed in sealed envelopes and/or packages addressed as follows:

Mitchell Roth
Scott M. Gitlen
Law Office of M.W. Roth
13245 Riverside Drive
Sherman Oaks, CA 91423

☒ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **May 4, 2009**, at Los Angeles, California.

Vivian Gloria